**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANDREH FAZELIMOGHADAM, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 10-05802 DOC (SS) |
| v. | |
| COUNTY OF LOS ANGELES, ET AL., | **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE OF PLAINTIFF TO AUTHORIZE WITHDRAWAL FROM PRISON TRUST ACCOUNT** |
| DEFENDANT(S). | |

On _____August 13, 2010_____, plaintiff was granted permission pursuant to 28 U.S.C. §1915 to file the above-referenced action without prepayment of the full filing fee of $350.00. Plaintiff was ordered to pay an initial partial filing fee, in the amount of $ 51.30 _____, within thirty (30) days to the Clerk of the Court. Subsequent partial payments of the filing fee were due thereafter.

To date, no payments have been received, as plaintiff has refused to authorize the disbursement of funds from his or her prison trust account. Plaintiff is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's refusal to pay the initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty (20) days from the date of this order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the initial partial filing fee is received within the twenty (20) day period, no further response to this Order to Show Cause is necessary.

_9/20/10_
Date

_[signature]_
United States Magistrate Judge